**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
CLEVIE EARL BUCKLEY, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CLEVIE EARL BUCKLEY, JR., et al. )<br>)<br>Defendant. )<br>)<br>_____ ) | CR No. S-04-146-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:  October 7, 2005<br>Time:  9:30 a.m.<br><br>Honorable Garland E. Burrell, Jr. |

    The United States of America, by and through Assistant U.S. Attorney Mary L. Grad, and Defendant CLEVIE EARL BUCKLEY, JR., by and through his attorney, Johnny L. Griffin, III, Defendant CHHOM MAO, by and through his attorney Timothy E. Warriner, and Defendant THA BUN HENG, by and through his attorney Kevin D. Clymo hereby agree and stipulate to continue the status case in the above captioned case from October 7, 2005 to October 28, 2005 at 9:30 a.m.[1]

---

1. The parties have been advised by this Court's Clerk that October 28, 2005 at 9:30 a.m. is an available date and time for a status conference on this matter.

U.S. v. Buckley, et al.
CR No. S-04-146-GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

Dated: _____         Respectfully submitted,

      /s/ Mary L. Grad
MARY L. GRAD[2]
Assistant U.S. Attorney

Dated: _____         /s/ Timothy E. Warriner[3]
TIMOTHY E. WARRINER
Attorney for Chhom Mao

Dated: _____         /s/ Kevin D. Clymo[4]
KEVIN D. CLYMO
Attorney for Tha Bun Heng

Dated: _____         /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for CLEVIE EARL BUCKLEY, JR.,

**IT IS SO ORDERED.**

DATED: October 11, 2005                    /s/ Garland E. Burrell, Jr.
                                                               GARLAND E. BURRELL, JR.
                                                                United States District Judge

---

[2] Assistant United States Attorney Mary L. Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.
[3] Attorney Timothy Warriner telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.
[4] Attorney Kevin Clymo telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.