**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
CLEVIE EARL BUCKLEY, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 04-205 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED** |
| vs. ) | **ORDER CONTINUING STATUS** |
| ) | **CONFERENCE TO AUGUST 29, 2008** |
| CLEVIE EARL BUCKLEY, JR., ) | |
| Defendant. ) | |

Due to the need for defense counsel to prepare for re-sentencing pursuant to the remand order of the Ninth Circuit, including the need for counsel to communicate with Mr. Buckley who is in custody, the parties hereby stipulate that the status conference be continued to August 29, 2008 at 9:00 a.m.

                                       Respectfully submitted,

Dated: June 18, 2008          JOSEPH J. WISEMAN, P.C.
                                    By:   /s/ Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant, CLEVIE BUCKLEY, JR.

Date: June 18, 2008           McGREGOR W. SCOTT, United States Attorney

                                    By:   /s/ Carolyn Delaney
                                        Carolyn Delaney, AUSA
                                         Attorney for Plaintiff, United States Of America

ORDER

Pursuant to the stipulation of the parties, the status conference set for June 20, 2008 is hereby continued to August 29, 2008 at 9:00 a.m.

DATED: June 19, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge