# UNITED STATES DISTRICT COURT

### for the

Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 2:04CR00205-16 |
| CLEVIE EARL BUCKLEY, JR. | ) |
| | ) USM No: 15196-097 |
| Date of Original Judgment: 5/4/07 | ) |
| Date of Previous Amended Judgment: 4/1/09 | ) David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO SECTION 404 OF THE FIRST STEP ACT OF 2018

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under Section 404 of the First Step Act of 2018, P.L. 115-391, and the Fair Sentencing Act of 2010, imposing a reduced sentence on the defendant as if the Fair Sentencing Act had been in effect at the time the defendant's offense(s) was/were committed,

Dated: March 5, 2019

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 240 months **is reduced to** 135 months .

Except as otherwise provided, all provisions of the judgment dated 4/20/09 shall remain in effect. The previously imposed Term of Supervised Release of 120 months is reduced to 96 months.

**IT IS SO ORDERED**.

Order Date: 3/4/19

*Judge's signature*

Effective Date: 3/5/19
*(if different from order date)*

Garland E. Burrell Jr., U.S. District Judge
*Printed name and title*